# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

FILED
MAR 10 2004
LARRY W. PROPES, CLERK
COLUMBIA, S.C.

EoD 3/11/04

| | |
|---|---|
| **George Woovis and Shannon Woovis,** ) | 3:04-232-22 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| **Cambridge Credit Counseling Corp.,** ) | |
| ) | |
| Defendant, ) | |
| ) | |

This Court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice, and upon good cause shown within sixty (60) days, either party may petition the Court to reopen the action if settlement is not consummated.

Cameron McGowan Currie
UNITED STATES DISTRICT JUDGE

March 9, 2004
Columbia, South Carolina