**FILED**

APR 2 0 2004

LARRY W. PROPES, CLERK
COLUMBIA, SC

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Entered: 4/20/04

George Woovis and Shannon Woovis,

JUDGMENT IN A CIVIL CASE

*Plaintiff(s),*

v.                                     C/A No. 3:04-232-22

Cambridge Credit Counseling Corp.,

*Defendant.*

**Decision by the Court.** This action came before the Court, the Honorable Cameron McGowan Currie, United States District Judge, presiding. The parties having consented to an order of dismissal,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing of the defendant and this action is dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

April 20, 2004                         LARRY W. PROPES

Date                                   Clerk

Columbia, South Carolina

*By: Gwendolyn L. Pearson, Deputy Clerk*